

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN STANISLAUS, Individually and :
On Behalf of All Others Similarly :
Situated, :
        Plaintiff :
         :
   vs. :
         :
UBS AG, UBS FINANCIAL SERVICES, :
INC., BENEFITS ADMINISTRATIVE :
COMMITTEE OF THE UBS :
FINANCIAL SERVICES INC. 401 K :
PLUS PLAN, ROBERT MCCORMICK :
AND JOHN & JANE DOES 1-20, :
         :
        Defendants. :
---

Case No.: 08 CIV. 7606

ECF Case

NOTICE OF RELATED CASES

Plaintiff Brian Stanislaus hereby states that the above-captioned class action is related to two class action recently filed in this District, *Taveras v. UBS AG, et al.*, 1:08-cv-06696-RJS and *Ludlum v. UBS AG, et al.*, 1:08-cv-06868-RJS. Although this action concerns a different ERISA plan, the *Taveras* and *Ludlum* actions concern breach of fiduciary duty claims under ERISA against a similar set of defendants, during substantially the same class period, and concern the same alleged underlying misconduct. Accordingly, the above-captioned action should also be assigned to the Honorable Richard J. Sullivan.

Dated: August 28, 2008

                                     _____
                                     Jeffrey A. Klafter (JK-0953)
                                     KLAFTER OLSEN & LESSER LLP
                                     1311 Mamaroneck Avenue, Suite 220
                                     White Plains, NY 10605
                                     Tel.: (914) 997-5656
                                     Fax: (914) 997-2444

Kurt B. Olsen
KLAFTER OLSEN & LESSER LLP
1250 Connecticut Ave., N.W., Suite 200
Washington, DC  20036
Tel.:  (202) 261-3553
Fax:  (202) 261-3533

Todd S. Collins
Shanon Carson
Ellen T. Noteware
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel.:  (215) 875-3000
Fax:  (215) 875-4604

*Attorneys for Plaintiff*